IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK H. BANKS, #05711-068                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO.  5:08cv252-DCB-MTP

MR. BRATCHER, et al.                                             DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration

of dismissal.  Pursuant to the opinion and order issued this day,

it is hereby, ORDERED AND ADJUDGED that this cause be dismissed

without prejudice for failure to comply with the orders of this

court.

SO ORDERED AND ADJUDGED, this the ___23rd___ day of January,

2009.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE